THE STATE OF OHIO, APPELLEE, *v.* BENNER, APPELLANT.

[Cite as *State v. Benner* (1996), 76 Ohio St.3d 105.]

(No. 95–2552—Submitted May 21, 1996—Decided July 24, 1996.)

*Maureen O'Connor,* Summit County Prosecuting Attorney, and *William D. Wellemeyer,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* Ohio Public Defender, *Randall L. Porter* and *Stephen Hardwick,* Assistant Public Defenders, for appellant.

---

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its journal entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.